# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-25-00636-CV

**In re Richard Charles Schmidt**

## ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Richard Charles Schmidt, an inmate with the Texas Department of Criminal Justice, has filed a pro se petition for writ of mandamus requesting that the trial court be compelled to refund bail posted by relator in the amount of $7,500.00.  Having reviewed the petition and the record provided, we deny the petition for writ of mandamus.  *See* Tex. R. App. P. 52.8(a).

To the extent that relator seeks relief that is within this Court's jurisdiction to grant, it is relator's burden to properly request and show entitlement to mandamus relief.  *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992); *In re Davidson*, 153 S.W.3d 490, 491 (Tex. App.—Amarillo 2004, orig. proceeding); *see also Barnes v. State*, 832 S.W.2d 424, 426 (Tex. App.—Houston [1st Dist.] 1992, orig. proceeding) (per curiam) ("Even a pro se applicant for a writ of mandamus must show himself entitled to the extraordinary relief he seeks").  In this regard, the relator must provide the reviewing court with a record sufficient to establish his right to mandamus relief.  *See Walker*, 827 S.W.2d at 837; *In re Blakeney*, 254 S.W.3d 659, 661–62

(Tex. App.—Texarkana 2008, orig. proceeding); see also Tex. R. App. P. 52.7(a)(1) (relator must file with petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"), 52.7(a) (specifying required contents for record), 52.3(k) (specifying required contents for appendix, including "a certified or sworn copy of any order complained of, or any other document showing the matter complained of").

Here, Schmidt has failed to provide this Court with any record or any certified or file-stamped copy of any document filed in the underlying proceeding or of the complained-of order. On this record, we conclude that relator has failed to show entitlement to mandamus relief. Accordingly, the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Theofanis

Filed:   August 29, 2025